UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-24007-CIV-ALTONAGA/O'Sullivan

JOHN MAZZARA,

    Plaintiff,
v.

NCL (BAHAMAS) LTD.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff, John Mazarra's Motion for Order to Show Cause [ECF No. 148], filed October 13, 2017.  Plaintiff requests the Court enter an order requiring Defendant, NCL (Bahamas) Ltd., show cause as to why it should not be sanctioned for refusing to provide hearing dates for a discovery hearing, refusing to pay two of Plaintiff's experts, and failing to disburse the settlement check.  (*See generally* Mot.).  Plaintiff states he attempted to contact Defendant's counsel to resolve these issues, but Defendant's counsel has not responded.  (*See id.* 2).  The Court finds expedited briefing of the Motion appropriate.  Defendant shall file a response to the Motion **[ECF No. 148]** by **October 17, 2017**.  Plaintiff has until **October 18, 2017** to file a reply.

**DONE AND ORDERED** in Miami, Florida this 13th day of October, 2017.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record