UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 16-CV-24007-ALTONAGA/O'SULLIVAN

JOHN MAZZARA,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
a Bermuda Company d/b/a
NORWEGIAN CRUISE LINE,

    Defendants.
_____/

**DEFENDANT NCL (BAHAMAS) LTD.'s RESPONSE
TO ORDER TO SHOW CAUSE**

Defendant, NCL (Bahamas) LTD d/b/a NCL, Norwegian Cruise Lines ("Norwegian"), through undersigned counsel, submits this response pursuant to the Court's Order requiring Norwegian to show cause based on Plaintiff, John Mazzara's allegations in his October 13, 2017, Motion. [DE 149].

Upon conferral with Plaintiff's counsel, Plaintiff has withdrawn his Motion to Show Cause. All the issues alleged in Plaintiff's October 13, 2017, Motion have been resolved, including Plaintiff's payment for Norwegian's expert's unpaid fees. As such, all the issues raised in Plaintiff's Motion have been rendered moot. Notwithstanding, out of an abundance of caution, to comply with the Court's Order to Show Cause [DE 149], Norwegian files this brief response.

For the foregoing reasons, Norwegian requests that this Court deny Plaintiff's Motion to Show Cause dated October 13, 2017, as moot and for any other relief this Court deems just and proper.

Dated: October 17, 2017
Miami, Florida

Respectfully submitted,
**FOREMAN FRIEDMAN, PA**

By: /s/ *Michael C. Gordon*
Jeffrey E. Foreman, Esq. (FBN 240310)
jforeman@fflegal.com
Noah D. Silverman (FBN 401277)
nsilverman@fflegal.com
Michael C. Gordon, Esq. (FBN 149284)
mgordon@fflegal.com
Paul Bagley, Esq. (FBN 94211)
pbagley@fflegal.com
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL  33131
Phone: 305-358-6555
Fax: 305-374-9077
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 17, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

/s/ *Michael C. Gordon*
Michael C. Gordon, Esq.

## **SERVICE LIST**

| | |
|---|---|
| Spencer M. Aronfeld, Esq. | Jeffrey E. Foreman, Esq. |
| aronfeld@aronfeld.com | jforeman@fflegal.com |
| Lovecia A. Holmes, Esq. | mfonticiella@fflegal.com |

2

lholmes@aronfeld.com
Matthias M. Hayashi, Esq.
mhayashi@aronfeld.com
Aronfeld Trial Lawyesrs
3132 Ponce de Leon Blvd.
Coral Gables, FL  33134
Phone:  305441-4040
*Attorneys for Plaintiff*

Noah D. Silverman, Esq.
nsilverman@fflegal.com
pcampo@fflegal.com
mfernandez@fflegal.com
Michael C. Gordon, Esq.
mgordon@fflegal.com
mfonticiella@fflegal.com
Paul Bagley, Esq.
pbagley@fflegal.com
Foreman Friedman, PA
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL  33131
Phone:  305-358-6555
Fax:  305-374-9077
*Attorneys for Defendants*

Geoffrey E. Probst, Esq.
NORWEGIAN CRUISE LINE
7665 Corporate Center Drive
Miami, FL  33126
Telephone:     (305) 436-4377
Facsimile:      (305) 468-2132
gprobst@ncl.com
ddeluca@ncl.com
*Attorneys for Defendant*